# K<span style="font-variant:small-caps">atz</span>M<span style="font-variant:small-caps">elinger</span>

370 L<span style="font-variant:small-caps">exington</span> A<span style="font-variant:small-caps">venue</span>
N<span style="font-variant:small-caps">ew</span> Y<span style="font-variant:small-caps">ork</span>, N<span style="font-variant:small-caps">ew</span> Y<span style="font-variant:small-caps">ork</span> 10017
www.katzmelinger.com

Eliseo Cabrera                                                                                           o: 212.460.0047
Katz Melinger PLLC                                                                                   f: 212.428.6811
                                                                                            edcabrera@katzmelinger.com

August 29, 2022

**V<span style="font-variant:small-caps">ia</span> ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Brathwaite v. Martini Collections Inc., et al.*
              **Civil Action No. 1:22-cv-04929-JPC**

Your Honor:

    We represent Plaintiff in the above-captioned matter, and write to request an extension of the deadline to file a motion for default judgment, currently set for September 1, 2022. This is the first such request.

    Although we have worked diligently and promptly to draft much of the required submissions, a staffing shortage, and the closure of the office for the upcoming holiday, makes it difficult for us to timely finalize the motion and comply with the requirements of Your Honor's Individual Rules of Practice. Accordingly, we respectfully request a two-week extension, to September 14, 2022, in order to file the motion for default.

Respectfully,

*/s/ Eliseo Cabrera*

Eliseo Cabrera

---

In light of Defendant Daoud Alchkifati's letter to the Court dated August 29, 2022, Dkt. 22, the deadline for moving for a default judgment is extended *sine die*. By September 2, 2022, Plaintiff shall submit a status letter advising the Court of whether, in light of Mr. Alchkifati's letter, she would oppose vacating the certificate of default issued with respect to him, Dkt. 18, whether settlement negotiations are still ongoing, and, if so, whether she wishes to delay any motion for default judgment, should one be necessary, until after the conclusion of settlement negotiations.

SO ORDERED                                  _____
Date: August 30, 2022                                 JOHN P. CRONAN
New York, New York                             United States District Judge