UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDELLE BRATHWAITE,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARTINI COLLECTIONS INC., et al.,<br><br>                    Defendants. | 22-CV-4929 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

      This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

      As previously ordered (ECF No. 44), the parties shall file a post-discovery status letter by **November 29, 2023**.  Such letter shall advise the Court as to whether the parties plan to request a referral to the assigned Magistrate Judge for a settlement conference or to the District's Mediation Program.  Parties shall brief the Court on whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion.  In the event any party wishes to move for summary judgment prior to trial, the letter shall include a request for a briefing schedule for such motion.

      Additionally, on **December 7, 2023, at 10:30 a.m. (ET)**, the parties are directed to appear before this Court for a post-discovery status conference.  The conference will be held over Microsoft Teams.  The parties shall join by calling (646) 453-4442 and entering the Conference ID: 398 402 712, followed by the pound (#) sign.

SO ORDERED.

Dated: October 24, 2023
      New York, New York

_____
DALE E. HO
United States District Judge