UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDELLE BRATHWAITE,<br><br>                    Plaintiff(s),<br><br>v.<br><br>MARTINI COLLECTIONS INC., et al.,<br><br>                    Defendant(s). | 22-CV-4929 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On August 4, 2023, and on October 24, 2023, the Court ordered the parties to file a status letter by November 29, 2023.  *See* ECF Nos. 44, 45.  That submission is now overdue.

Accordingly, the parties are directed to file a joint status letter by **December 4, 2023**.

    SO ORDERED.

Dated: December 1, 2023
       New York, New York

                                        DALE E. HO
                                United States District Judge