

# KATZMELINGER

370 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Eliseo Cabrera  
Katz Melinger PLLC

o: 212.460.0047  
f: 212.428.6811  
edcabrera@katzmelinger.com

July 3, 2024

**VIA ECF**
Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Brathwaite v. Martini Collections Inc., et al.***
<u>Civil Action No. 1:22-cv-04929-DEH</u>

Your Honor:

We represent the Plaintiff in the above-captioned matter and respectfully request an extension of the deadline to file a motion for default judgment, currently set for July 8, 2024. This is our first request for an extension based on Your Honor's order of July 2, 2024, which instructed the Plaintiff to file the motion for default judgment (Dkt. No. 65).

The upcoming holiday and resulting office closure will make it difficult for us to comply with Your Honor's Individual Rules of Practice and to finalize the motion in a timely manner. Accordingly, we request an extension to August 8, 2024, to file the motion for default judgment.

We thank the Court for its consideration.

Respectfully,

*/s/ Eliseo Cabrera*

Eliseo Cabrera

---

Application GRANTED. Plaintiff's deadline to file for default judgment is extended to **August 8, 2024**. Defendants shall file an opposition by **August 22, 2024**. Plaintiff's reply shall be due by **August 29, 2024**. Defendants are ordered to show cause on **September 5, 2024, at 10:30 a.m. (E.T.)** why default judgment should not issue against them. Defendants are ordered to dial 646-453-4442, enter the meeting code 422737976, and press pound (#). If Defendants appear before the Court on that date, Plaintiff may renew her motion to preclude Defendants' discovery responses and documents from trial.

Plaintiff shall electronically serve a copy of this Order on Defendants within t**wo business days** from the date of this Order and shall file proof of such service within **three business days** of the date of this Order.

SO ORDERED. The Clerk of Court is respectfully requested to terminate ECF No. 66.

Dale E. Ho
United States District Judge
New York, New York
Dated: July 8, 2024