UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDELLE BRATHWAITE,<br><br>                              Plaintiff,<br><br>v.<br><br>MARTINI COLLECTIONS INC., et al.,<br><br>                              Defendants. | 22-CV-4929 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On July 8, 2024, the Court ordered the parties to appear virtually before the Court for default judgment proceedings on September 5, 2024, at 10:30 a.m. (E.T.).  *See* ECF No. 67.  No party appeared before the Court on September 5, 2024.  Accordingly, it is hereby **ORDERED** that the show cause conference is adjourned to **September 12, 2024, at 3:00 p.m. (E.T.)**.  The parties shall dial 646-453-4442, enter the meeting code 357537887, and press pound (#).

The parties are on notice that continued failure to comply with the Court's Orders may result in sanctions, up to and including dismissal.

SO ORDERED.

Dated: September 5, 2024
        New York, New York

                                                                        _____
                                                                                DALE E. HO
                                                                        United States District Judge