UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
RUDELLE BRATHWAITE,

                                   Plaintiff,                    CIVIL ACTION NO.

                            -against-                    1:22-cv-04929-DEH

MARTINI COLLECTIONS INC., MARTINI COLLECTIONS #1
INC., and DAOUD ALCHKIFATI A/K/A "DAVID,"

                                 Defendants.
-------------------------------------------------------------------------------X

### DEFAULT JUDGMENT

This action having been commenced on June 13, 2022, by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been duly served on Defendant Martini Collections Inc. on June 29, 2022, and the proof of service having been filed on July 6, 2022; and a copy of the Summons and Complaint having been duly served on Defendant Martini Collections #1 Inc. on June 29, 2022, and the proof of service having been filed on July 6, 2022; and a copy of the Summons and Complaint having been duly served on Defendant Daoud Alchkifati a/k/a "David" on July 5, 2022, and the proof of service having been filed on August 24, 2022; and the defaulted Defendants, who are not infants or incompetent persons, having failed to defend in this action; and the certificates of default having been entered by the Clerk of Court on August 29, 2022 for Martini Collections Inc. and Martini Collections #1 Inc., and the certificate of default having been entered by the Clerk of Court on July 18, 2024 for Daoud Alchkifati a/k/a "David"; and counsel for Plaintiff having requested judgment against the Defendants by filing a proper motion and affidavits, with accompanying exhibits, in accordance with Federal Rules of Civil Procedure 55(b)(2); it is hereby

**ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff and against Defendants.    An order of referral to a Magistrate Judge for an inquest on damages will issue separately.

SO ORDERED:

Date: _September 12_____, 2024
       New York, New York

_____
Hon. Dale E. Ho
United States District Judge