UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rudelle Brathwaite,<br><br>                                   Plaintiff,<br><br>                    v.<br><br>Martini Collections Inc., et al.,,<br><br>                                   Defendants. | 22 Civ. 4929 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On December 3, 2024, Magistrate Judge Gabriel W. Gorenstein issued a Report and Recommendation.  The Report and Recommendation indicated that pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties had fourteen (14) days (including weekends and holidays) from service of the Report and Recommendation to file any objections. *See* Report at 23; *see also* Fed. R. Civ. P. 6(a), (b), (d).  To date, Plaintiff Brathwaite has not filed proof of service of the Report and Recommendation.

Accordingly, Plaintiff is DIRECTED to serve the Report and Recommendation on all defendants and counsel via overnight mail and file proof of service on the docket by Monday, December 23, 2024.

SO ORDERED.

Dated: December 18, 2024
      New York, New York

                                                            _____
                                                                         DALE E. HO
                                                                 United States District Judge