UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDELLE BRATHWAITE,<br><br>       Plaintiff,<br><br>    v.<br><br>MARTINI COLLECTIONS INC. et al.,<br><br>       Defendants. | 22-CV-4929 (DEH) (GWG)<br><br>ORDER |

DALE E. HO, United States District Judge:

  This labor matter was referred to Magistrate Judge Gorenstein for an inquest on damages. In an Amended Report and Recommendation filed on January 14, 2025, Magistrate Judge Gorenstein recommended that default judgment be entered against Defendant, awarding Plaintiff (1) $14,607.27 for unpaid wages, (2) $14,607.27 in liquidated damages, (3) $41,525.50 for attorney's fees, (4) $1,482 in costs, and (5) pre-judgment interest at a rate of $3.60 per day from July 9, 2017 through the date of entry of judgment.

  In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). To accept those portions of the report to which no timely objection has been made, however, a district court need only satisfy itself that there is no clear error on the face of the record. *See, e.g.*, *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). This clearly erroneous standard also applies when a party makes only conclusory or general objections, or simply reiterates his original arguments. *See, e.g., Ortiz v. Barkley*, 558 F. Supp. 2d 444, 451 (S.D.N.Y. 2008).

In the present case, the Report and Recommendation advised the parties that they had 14 days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object.  In addition, it expressly called Defendant's attention to Rule 72 of the Federal Rules of Civil Procedure and Title 28, United States Code, Section 636(b)(1).  Nevertheless, as of the date of this Order, no objections have been filed and no request for an extension of time to object has been made.  Accordingly, Defendant has waived the right to object to the Report and Recommendation or to obtain appellate review.  *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga County*, 517 F.3d 601 (2d Cir. 2008).

Despite the waiver, the Court has reviewed the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law.  Accordingly, the Report and Recommendation is adopted in its entirety.

SO ORDERED.

Dated: February 10, 2025
      New York, New York

                                        DALE E. HO
                                  United States District Judge