**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RUDELLE BRATHWAITE,

                Plaintiff,                22 **CIVIL** 4929 (DEH)(GWG)

     -against-                  **JUDGMENT**

MARTINI COLLECTIONS INC. et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 10, 2025, the Court adopts the Report & Recommendation in its entirety. The motion for a default judgment (Docket # 74) is granted. Judgment is entered against Martini Collections Inc,. Martini Collections #1 Inc., and Daoud Alchkifati a/k/a "David" in favor of the plaintiff in the amount of $72,222.04. Additionally, the judgment includes an award of prejudgment interest calculated by the Clerk of the Court at $3.60 per day starting from July 9, 2017, until the date judgment for a total prejudgment interest amount of $9,990. Accordingly, the case is closed.

**Dated:** New York, New York

      February 11, 2025

                                                   **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                            **BY:**

                                                       **Deputy Clerk**